UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 20-01617-JLS (DFMx) | Date | November 6, 2020 |
| Title | James Rutherford v. Chapman, LLC et al | | |

Present: The Honorable   JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE

| Melissa Kunig | None Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

None Present   None Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF VOLUNTARY DISMISSAL**

   The Court, having been advised by the Plaintiff that this action has been resolved by a Notice of Voluntary Dismissal [21], hereby orders this action dismissed with prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

   The pending Order to Show Cause is discharged.

                                                                                        -    :    -

Initials of Deputy Clerk   mku